## S89G0271. REESE v. THE STATE.
(387 SE2d 894)

PER CURIAM.

After plenary consideration of this matter (*Reese v. State*, 191 Ga. App. 887 (383 SE2d 149) (1989)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED NOVEMBER 22, 1989.

*Hackel & Hackel, Thomas M. Hackel,* for appellant.
*Harry D. Dixon, Jr., District Attorney, Richard E. Currie, Assistant District Attorney,* for appellee.